FILED

2018 APR 26 PM 2: 18

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 4:18 CR 200 |
| JAMES R. JORDAN, | ) ) | Title 18, Sections 111(a)(1), (b), United States Code |
| Defendant. | ) ) | JUDGE GWIN |

COUNT 1
(Assault of a Prison Official, in violation of 18 U.S.C. § 111(a)(1), (b))

The Grand Jury charges:

1. On or about March 13, 2018, in the Northern District of Ohio, Eastern Division, Defendant JAMES R. JORDAN, knowingly, intentionally, and forcibly assaulted and inflicted bodily injury on Northeast Ohio Correctional Center Sgt. Rosado, an individual designated in Title 18, United States Code, Section 1114, who was assisting the United States Bureau of Prisons in the performance of its duties, and on account of that assistance, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL.

Original document – Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.