IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:18CR200 |
| --- | --- | --- |
| Plaintiff, | ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) ) | |
| JAMES R. JORDAN, | ) | GOVERNMENT'S WITNESS LIST |
| Defendant. | ) ) | |

Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Kathryn G. Andrachik and Aaron P. Howell, Assistant United States Attorneys, and hereby submits its witness list for trial in the above captioned matter.  The government will revise this list further as needed should circumstances change prior to trial.

| # | Witness | Title | Offered | Relevance |
| --- | --- | --- | --- | --- |
| 1 | Kyle Clayton | Officer | Eye Witness | Will testify about seeing the Defendant punch Victim and his duties as an officer |
| 2 | Derek Rosado | Officer | Victim | Will testify about the defendant punching him and his duties as a sergeant |
| 3 | Justin Coulter | Assistant Shift Supervisor | Eye Witness | Will testify about seeing the Defendant punch Victim and his duties as an officer |
| 4 | Tahjman Davis | Officer | Witness | Will testify about photographs taken after the incident and his observation of Victim's injuries |

| 5 | Timothy Sturgiss | Assistant Shift Supervisor | Eye Witness | Will testify about seeing the Defendant punch Victim and his duties as an officer |
| 6 | David Jones III | Officer | Eye Witness | Will testify about seeing the Defendant punch Victim and his duties as an officer |
| 7 | Jose Pagan III | Officer | Eye Witness | Will testify about seeing the Defendant punch Victim and his duties as an officer |
| 8 | William Garro | Officer | Witness | Will testify about escorting the James Jordan after the incident and conducting a pre-confinement evaluation |
| 9 | Nicole Davis | RN | Witness | Will testify about treatment of Victim and her observations of his injuries |
| 10 | Jeff Hall | United States Marshal | Witness | Will testify about the employment of the victim, Derek Rosado |

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:   /s/ Kathryn G. Andrachik
       Kathryn G. Andrachik (OH: 0093998)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3804
       (216) 522-8355 (facsimile)
       Email: Kathryn.Andrachik@usdoj.gov

By:   /s/ Aaron P. Howell
       Aaron P. Howell (OH: 0081347)
       Assistant U.S. Attorney
       2 South Main Street, Suite 208
       Akron, Ohio 44308
       Tel. No. (330) 761-0526
       Fax No. (330) 375-5492
       E-Mail: Aaron.Howell@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of September 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ Kathryn G. Andrachik
        Kathryn G. Andrachik
        Assistant U.S. Attorney